## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A., | : No. 363 EAL 2016<br>:<br>:<br>: Petition for Allowance of Appeal from<br>Respondent : the Order of the Superior Court<br>:<br>:<br>v. :<br>:<br>:<br>VERNON R. WILLIAMS, SETTLOR, :<br>OWNER, EXECUTOR OF THE ESTATE :<br>AND JUDITH WILLIAMS REAL PARTIES :<br>OF INTEREST, :<br>:<br>Petitioners : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.